IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV84-01-MU

| | |
|---|---|
| REGINALD WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURSE GREEN et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant Dawkins' Motion for Summary Judgment, filed June 3, 2005.

On June 13, 2005, the Court sent the Plaintiff an Order in compliance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975). In this Order, the Court notified the Plaintiff that Defendant Dawkins had filed a Motion for Summary Judgment and that if the Plaintiff failed to respond to this motion within thirty days, the Court might grant the Motion for Summary Judgment. On July 11, 2005, this Court granted Plaintiff an extension of time up to and including July 27, 2005, in which to respond to Defendant's Motion for Summary Judgment. As of this date, Plaintiff has failed to respond to the Defendant's Motion. The Court has carefully reviewed the Defendant's Motion for Summary Judgment and for the reasons set forth therein finds that Defendant is entitled to a dismissal.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Defendant Dawkins' Motion for Summary Judgment is **GRANTED;** and

2. Plaintiff's Complaint is **DISMISSED**.

**Signed: August 1, 2005**

Graham C. Mullen
Chief United States District Judge