# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Reginald Wright,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:04-cv-84-1

Nurse Green, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/1/05 Order.

**Signed: August 1, 2005**

Frank G. Johns, Clerk
United States District Court